UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA) | |
| ) | |
| vs.) | No. 23-cr-57-RC |
| ) | |
| ROBERT DEGREGORIS,) | |
| ) | |
| Defendant.) | |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Paul F. Enzinna, counsel for Defendant Robert Degregoris, respectfully requests leave of Court to withdraw as counsel. In support of this request, counsel states as follows:

1. Undersigned counsel entered his appearance as retained counsel for Defendant on February 6, 2023.

2. On March 19, 2024, Anthony Frank Sabatini entered his appearance as counsel for Defendant.

3. On March 20, 2024, Defendant emailed undersigned counsel, terminating undersigned counsel in this matter.

4. Pursuant to Local Criminal Rule 44.5(d), a copy of this Motion is being served on Defendant.

**WHEREFORE** for all the foregoing reasons, undersigned counsel requests that the Court grant leave to withdraw as Defendant's counsel.

Date: March 21, 2024Respectfully submitted,

/s/ Paul F. Enzinna
Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Robert Degregoris*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Motion for Leave to Withdraw as Counsel was filed on March 21, 2024, using the CM/ECF system, which will then send notification of such filing to all counsel of record.  This Motion also was served on the Defendant by email and First Class United States Mail.

                            /s/ Paul F. Enzinna

                            *Counsel for Defendant Robert Degregoris*