UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO.: 1:23-CR-00057 |
| ROBERT DEGREGORIS | § § § | |

## MOTION TO WITHDRAW FILING

Defendant, by and through undersigned counsel, submits this motion to withdraw ECF No. 31, a filing titled "Notice of Appearance," but with a Motion to Continue attached to it. The document was mistakenly filed and duplicative.  A Notice of Appearance has already been filed.  A Motion to Continue has been filed at ECF No. 32.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini

1