**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.: 23-CR-57 |
| | § | |
| ROBERT DEGREGORIS | § | |
| | § | |

**DEFENDANT'S FRCP RULE 33 MOTION FOR A NEW TRIAL**

Defendant, by and through his undersigned attorney, files this Motion for a New Trial, and states:

**LEGAL STANDARD**

The court may grant a new trial "if the interest of justice so requires." Fed. R. Crim. P. 33(A). The court, however, should not grant a Rule 33 motion based on insufficiency of evidence unless the evidence "preponderate[s] heavily against the verdict, such that it would be a miscarriage of justice to let the verdict stand." *United States v. Walker,* 899 F. Supp. 14, 15 (D.D.C. 1995) (quoting *United States v. Martinez*, 763 F.2d 1297, 1313 (11th Cir. 1985)).

**ARGUMENT**

This Court must grant a new trial because the Court improperly granted the Government's Motion in Limine, at ECF 41, which drastically limited defendant's testimony at the trial.   Because the amount of precluded speech in the Motion in Limine was broadly defined, and overly expansive, Defendant lacked the ability to sufficiently testify to the truth of his experience at January 6, 2024.  The Motion disallowed certain facts, to include testimony showing that: law enforcement officers guided defendant to the capitol; law enforcement officers gave defendant directions to the west tunnel; law

1

enforcement officers gave defendant no commands to leave, nor told him that the area was a declared riot; and that the defendant witnessed a law enforcement officer beating a protester in his immediate vicinity.

Defendant being blocked from testifying fully as to the conditions around him and the lack of his own knowledge of illegality as to his presence at January 6th, impeded his defense at trial.

**WHEREFORE,** Defendant respectfully requests this court to grant this Motion for a New Trial.

DATED: October 18, 2024.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2024 filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

*/s/ Anthony F. Sabatini*